No. 71–6352.   Greene *v.* South Dakota.   Sup. Ct. S. D.   Certiorari denied.

No. 71–6357.   Oden *v.* Ohio.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 71–6358.   Sapp *v.* Texas.   Ct. Crim. App. Tex. Certiorari denied.

No. 71–942.   Ozzanto et al. *v.* Superior Court of California for the County of Los Angeles.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–1048.   London *v.* Florida Department of Health and Rehabilitative Services, Division of Family Services.   C. A. 5th Cir.   Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–1056.   Mechanic et al. *v.* United States. C. A. 8th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–1060.   Tsakalotos *v.* United States.   C. A. 2d Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–1103.   Honchok et al. *v.* Butz, Secretary of Agriculture, et al.   C. A. 4th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–1149.   Creek Nation *v.* United States.   Ct. Cl.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.